CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUN 29 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:21CR00036 |
| v. | ) |
| | ) Violations: |
| | ) |
| WILLIAM DEAN BLANKENSHIP | ) 18 U.S.C. § 2251(a) |
| | ) 18 U.S.C. § 922(g) |

## INDICTMENT

## COUNTS ONE – SEVENTEEN

### (Sexual Exploitation of a Minor - Production of Child Pornography)

The Grand Jury charges that:

1. On or about the dates detailed below, in the Western District of Virginia and elsewhere, **WILLIAM DEAN BLANKENSHIP**, did employ, use, persuade, induce, entice, and coerce the minor victims detailed below, each of whom were then minors under the age of 18 years old, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct.

| Count | Date | Victim(s) | Description |
|---|---|---|---|
| 1 | August 4, 2018 | Minor Victim 1<br><br>Minor Victim 2 | Video depicting Minor Victim 2 engaging in sexual intercourse with Minor Victim 1 and photograph of Minor Victim 2 engaging in sexual intercourse with Minor Victim 1 while Minor |

USAO # 2021R00106

| | | | |
|---|---|---|---|
| | | | Victim 1 performs oral sex on **WILLIAM DEAN BLANKENSHIP**. |
| 2 | August 7, 2018 | Minor Victim 1 | Photographs depicting male sitting nude on Minor Victim 1's chest while Minor Victim 1, topless, holds the male's penis; male sitting on Minor Victim 1's chest with his penis in Minor Victim 1's mouth; **WILLIAM DEAN BLANKENSHIP** sitting on Minor Victim 1's chest with his penis in Minor Victim 1's mouth; male sitting on Minor Victim 1's chest with his testicles in Minor Victim 1's mouth. |
| 3 | August 9, 2018 | Minor Victim 1<br><br>Minor Victim 2 | Videos depicting **WILLIAM DEAN BLANKENSHIP** engaging in sexual intercourse with Minor Victim 1, and Minor Victim 2 engaging in sexual intercourse with Minor Victim 1. |
| 4 | February 23, 2020 | Minor Victim 1 | Videos depicting Minor Victim 1 masturbating, **WILLIAM DEAN BLANKENSHIP** touching Minor Victim 1's genitalia, and **WILLIAM DEAN BLANKENSHIP** engaging in sexual intercourse with Minor Victim 1. |
| 5 | February 27-28, 2020 | Minor Victim 1<br><br>Minor Victim 2 | Videos depicting **WILLIAM DEAN BLANKENSHIP** engaging in sexual intercourse with Minor Victim 1 while Minor Victim 1 performs oral sex on Minor Victim 2, and Minor Victim 2 engaging in sexual intercourse with Minor Victim 1 while Minor Victim 1 performs oral sex on **WILLIAM DEAN BLANKENSHIP**. |
| 6 | February 28, 2020 | Minor Victim 1 | Videos depicting **WILLIAM DEAN BLANKENSHIP** engaging in sexual intercourse with Minor |

| | | | |
|---|---|---|---|
| | | Minor Victim 2 | Victim 1 while Minor Victim 1 performs oral sex on Minor Victim 2, and Minor Victim 2 engaging in sexual intercourse with Minor Victim 1. |
| 7 | March 27, 2020 | Minor Victim 1 | Video depicting Minor Victim 1 performing oral sex on female while **WILLIAM DEAN BLANKENSHIP** touches Minor Victim 1's genitalia, and female performing oral sex on Minor Victim 1 while Minor Victim 1 performs oral sex on **WILLIAM DEAN BLANKENSHIP**. |
| 8 | April 6, 2020 | Minor Victim 1<br><br>Minor Victim 2 | Video depicting Minor Victim 2 engaging in sexual intercourse with Minor Victim 1 on side of road. |
| 9 | April 29, 2020 | Minor Victim 1<br><br>Minor Victim 2 | Videos depicting a male engaging in sexual intercourse with Minor Victim 1, and Minor Victim 2 engaging in sexual intercourse with Minor Victim 1 while Minor Victim 1 performs oral sex on **WILLIAM DEAN BLANKENSHIP**. |
| 10 | June 19, 2020 | Minor Victim 1 | Videos depicting **WILLIAM DEAN BLANKENSHIP** engaging in sexual intercourse with Minor Victim 1, and Minor Victim 1 masturbating. |
| 11 | July 12, 2020 | Minor Victim 1 | Videos depicting Minor Victim 1 performing oral sex on a female, Minor Victim 1 and a female performing oral sex on **WILLIAM DEAN BLANKENSHIP**, and **WILLIAM DEAN BLANKENSHIP** engaging in sexual intercourse with Minor Victim 1 |
| 12 | November 4, 2020 | Minor Victim 1 | Video depicting **WILLIAM DEAN BLANKENSHIP** engaging in |

USAO # 2021R00106

| | | | sexual intercourse with Minor Victim 1. |
|---|---|---|---|
| 13 | December 1, 2020 | Minor Victim 1 | Videos depicting a male engaging in sexual intercourse with Minor Victim 1, and Minor Victim 2 engaging in sexual intercourse with Minor Victim 1 while Minor Victim 1 performs oral sex on **WILLIAM DEAN BLANKENSHIP**. |
| 14 | December 2, 2020 | Minor Victim 1 | Videos depicting Minor Victim 1 performing oral sex on male, and **WILLIAM DEAN BLANKENSHIP** engaging in sexual intercourse with Minor Victim 1. |
| 15 | December 16, 2020 | Minor Victim 2 | Video depicting Minor Victim 2 engaging in sexual intercourse with a female while the female performs oral sex on **WILLIAM DEAN BLANKENSHIP**. |
| 16 | January 3, 2021 | Minor Victim 2 | Video depicting Minor Victim 2 engaging in sexual intercourse with a female while the female performs oral sex on **WILLIAM DEAN BLANKENSHIP**. |
| 17 | January 24, 2021 | Minor Victim 2 | Videos depicting **WILLIAM DEAN BLANKENSHIP** engaging in sexual intercourse with a female while the female performs oral sex on Minor Victim 2, and Minor Victim 2 engaging in sexual intercourse with a female while the female performs oral sex on **WILLIAM DEAN BLANKENSHIP**. |

2. On each of the dates detailed above, **WILLIAM DEAN BLANKENSHIP** knew and had reason to know that the visual depictions described above would be transported or transmitted using a means and facility

4

of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and that these visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and that these visual depictions had been transported and transmitted using any means and facility of interstate commerce and affecting interstate and foreign commerce.

3. All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT EIGHTEEN

### (Possession of a Firearm by a Prohibited Person)

The Grand Jury charges that:

1. On or about February 12, 2021, in the Western District of Virginia, **WILLIAM DEAN BLANKENSHIP**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, an FMJ .22 LR - .45 LC Derringer pistol (SN: E00006958), said firearm having been possessed in or affecting commerce.

2. All in violation of 18 U.S.C. § § 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant(s) shall forfeit to the United States:

   a. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of law, pursuant to 18 U.S.C. § 2253(a)(1).

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from said violation of law, pursuant to 18 U.S.C. § 2253(a)(2).

   c. any property, real or personal used or intended to be used to commit or to promote the commission of said violation of law, or any property traceable to such property, pursuant to 18 U.S.C. § 2253(a)(3).

   d. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property

   a. Samsung telephone (SM6S767VL)

   b. iPhone (A1661) with case

   c. LG telephone (broken screen, SN unknown)

   d. LG V20 telephone

   e. Alcatel telephone (broken screen, SN unknown)

USAO # 2021R00106

  f. Samsung Galaxy S7 Edge telephone

  g. All such material containing the above-described visual depictions

  h. FMJ .22 LR - .45 LC Derringer pistol (SN: E00006958)

  i. .22 LR round (Qty: 1)

  j. 50 grain muzzle-loader powder

  k. .50 caliber rounds with holder (Qty: 28)

  l. .22 rim fire rounds (Qty: 56)

  m. .45 Colt shell casings (Qty: 2)

  n. .22 shell casing (Qty: 1)

  o. 9mm rounds (Qty: 161)

  p. Shotgun shell primers (Qty: 84)

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;
  b. has been transferred or sold to, or deposited with a third person;
  c. has been placed beyond the jurisdiction of the Court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

USAO # 2021R00106

A TRUE BILL, this 29TH day of June 2021.

_____          FOREPERSON
for Daniel P. Bubar (signed)
DANIEL P. BUBAR
ACTING UNITED STATES ATTORNEY

USAO # 2021R00106